Mahadhi Corzano. Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400  Fax: 866-802-0021
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, WAUNELLE NUNES

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| WAUNELLE NUNES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COLLECTION COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No.: **2:09-cv-02789 FCD KJN**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

Order